Electronically Filed
Intermediate Court of Appeals
28935
12-OCT-2010
08:21 AM

NO. 28935

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

STATE OF HAWAI'I, Plaintiff-Appellee,
v.
GERALD OLIVEROS, Defendant-Appellant.

APPEAL FROM THE FAMILY COURT OF THE FIRST CIRCUIT
(FC-CR NO. 07-1-1991)

ORDER OF CORRECTION
(By: Nakamura, Chief Judge, for the court[1])

The Memorandum Opinion, filed on August 31, 2010, is hereby corrected as follows:

1. On page 6, in the sixth line, the word "the" should be inserted between the words "before" and "alleged" so that as corrected, the text reads as follows: ". . . with a gun two weeks before the alleged terroristic threat . . . ."

2. On page 6, in the twenty-third line, the word "to" should be inserted between the words "child" and "play" so that as corrected, the text reads as follows: " . . . allowed her five-year-old-child to play with . . . ."

3. On page 12, in the second line, the possessive "'s" should be deleted after the name "Melissa" so that as corrected, the text reads as follows: ". . . that Melissa called 911 after she heard Oliveros . . . ."

---

[1] Nakamura, Chief Judge, Fujise, and Leonard, JJ.

4.     On page 15, in the first line, the word "the" that appears between "to" and "Oliveros's" should be deleted so that as corrected, the text reads as follows:  "The State objected to Oliveros's proposed instruction . . . ."

The clerk of the court is directed to take all necessary steps to notify the publishing agencies of these changes.

DATED: Honolulu, Hawai'i, October 12, 2010.

FOR THE COURT:

*Craig H. Nakamura*

Chief Judge

2